JPML FORM 1A

## 861   In re Domestic Air Transportation Antitrust Litigation

| | | |
|---|---|---|
| 90/08/09 | 1 | JOINT MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- Pltfs. Wolfe et al., Young, Egan, & Dusoff for transfer of actions -- w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: N.D. Georgia -- SUGGESTED TRANSFEREE JUDGE: Judge Marvin H. Shoob (sg) |
| 90/08/14 | 2 | MOTION, BRIEF, SCHEDULE AND EXHIBITS A & B -- filed by defts. American Airlines, Inc., Continental Airlines, Inc., Delta Airlines, Inc., Midway Airlines, Inc., Northwest Airlines, Inc., Pan American World Airways, Inc., Trans World Airlines, Inc., United Airlines, Inc., U.S. Air, Inc. and Airline Tariff Publishing Co. for transfer of actions (A-19 and A-20) -- SUGGESTED TRANSFEREE DISTRICT: E.D. Pennsylvania -- SUGGESTED TRANSFEREE JUDGE: Hon. J. William Ditter (ds) |
| 90/08/22 | | HEARING ORDER -- setting motion of plaintiffs Timothy W. Wolfe, et al., James P. Young, Charles L. Egan, and Lee Dushoff and motion of defendants for transfer for Panel hearing to be held in San Francisco, California on October 5, 1990 (cdm) |
| 90/08/27 | 3 | JOINDER IN MOTION -- pltfs. A-4 Kathleen Guthrie, et al. and A-18 Lisa Fitzpatrick, etc. w/cert. of svc. (sg) |
| 90/08/27 | | APPEARANCES -- WILLIAM T. COLEMAN, JR., ESQ. for United Air Lines, Inc.; JAMES A. TREANOR, III, ESQ. for Airline Tarriff Publishing Co., Inc.; DONALD L. FLEXNER, ESQ. for Continental Airlines, Inc.; DAVID H. MARION, ESQ. for Delta Air Lines, Inc.; ROBERT C. HEIM, ESQ. for U.S. Air, Inc.; SANFORD M. LITVACK, ESQ. for Northwest Airlines, Inc.; JOSEPH B. G. FAY, ESQ. for Pan American World Airways, Inc.; ROBERT H. RAWSON, JR., ESQ. for Trans World Airlines, Inc.; JOSEPH A. TATE, ESQ. for American Airlines, Inc.; W. PITTS CARR, ESQ. for Timothy W. Wolfe, Etc. and W. Douglas Langmack, etc.; DAVID J. BERMAN, ESQ. for Heather Louise Martinez, et al.; JOSEPH GOLDBERG, ESQ. for Kathleen Guthrie, etc.; JERRY S. COHEN, ESQ. for Charles Leonard Egan, etc.; VANCE K, OPPERMAN, ESQ. for James P. Young, etc.; FRANCES M. VISCO, ESQ. for Lee Dushoff, etc.; ARNOLD LEVIN, ESQ. for Sheldon Gross, et al.; DIANNE M. NAST, ESQ. for Thomas P. O'Donnell, etc.; WARREN RUBIN, ESQ. for S. Robert Polis, etc.; HAROLD BERGER, ESQ. for Edward P. Marion, et al.; JAY S. COHEN, ESQ. for Robert and Maureen Bernstein, H/W, et al.; WILLIAM HAGGERTY, ESQ. for Diane Gitman, etc.; EUGENE A. SPECTOR, ESQ. for Issac Stein, et al.; ALLEN D. BLACK, ESQ. for Nancy A. Colbaugh, etc.; LYNN LINCOLN SARKO, ESQ. for Lisa Fitzpatrick, etc.; FRANCIS O. SCARPULLA, ESQ. for John W. Morse, etc. (sg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 861 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/08/29 | 4 | JOINDER IN MOTION -- pltfs. A-17 Nancy A. Colbaugh, etc. w/cert. of svc. (sg) |
| 90/08/29 | 5 | LETTER -- pltfs. A-18 Lisa Fitzpatrick, etc. (pldg. #3) w/cert. of svc. (sg) |
| 90/08/31 | | APPEARANCE -- LEONARD BARRACK, ESQ. for Dennis T. Gorchov, etc. (sg) |
| 90/09/04 | 6 | JOINDER IN MOTION -- Interested Party William Winslade w/brief and cert of svc. -- re: Winslade v. Delta, N.D. Ga., C.A. No. 1:90-CV-1797 (sg) |
| 90/09/04 | 7 | RESPONSE -- Pltfs. A-3 Martinez and A-20 Morse -- w/brief and cert of svc. (filed as response - Rule 10 (h)) (sg) |
| 90/09/04 | 8 | RESPONSE -- filed on behalf of certain plaintiffs w/exhibits A-F and cert of svc. (sg) |
| 90/09/04 | 9 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 thru A-18 and B-21), CERT. OF SERVICE -- filed by plaintiff Michael Carey, etc. -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF GEORGIA (received 8/27/90) (cdm) |
| 90/09/04 | 10 | RESPONSE (to pldgs. #9, #2, and #1) w/MEMORANDUM -- Eastern Pennsylvania Plaintiffs -- w/EXHIBITS 1 and 2 and cert. of service (cdm) |
| 90/09/05 | 11 | JOINDER IN MOTION (pldg. #1) -- filed by pltf. Kathleen Guthrie w/Declaration of Joseph Goldberg and cert. of svc. (ds) |
| 90/09/05 | | AMENDMENT TO HEARING ORDER -- to include motion of plaintiff Michael Carey which added an additional action (B-21) for hearing on Oct. 5, 1990 in San Francisco. Notified involved counsel, clerks and judges. (sg) |
| 90/09/06 | 12 | LETTER -- Filed by Lee Dushoff, Inc. (re: Notice of Related Actions) -- William J. Winslade v. U.S. Air, Inc., et al., N.D. Georgia, C.A. No. 1:90-CV-1797 (MHS) and Mark E. Goldberg v. U.S. Air, Inc., et al., N.D. Georgia, C.A. No. 1:90-CV-1799 (MHS) -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 861 _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/09/07 | 13 | JOINT RESPONSE (to pldg. #1) -- defts. USAir, Inc., Northwest Airlines, Inc., American Airlines, Inc., Continental Airlines, Inc., Delta Air Lines, Inc., Midway Airlines, Inc., Pan American World Airways, Inc., Trans World Airlines, Inc., United Airlines, Inc. and Airline Tariff Publishing Co., Inc. -- w/Schedule of new actions and cert. of service (cdm) |
| 90/09/10 | 14 | LETTER OF RELATED ACTION -- Dee B. Lim, MD, et al. v. American Airlines, Inc., et al., E.D. Pa., C.A. No. 90-5537 -- filed by Jean M. Luce, Legal Asst. w/svc. (ds) |
| 90/09/10 | 15 | JOINDER IN MOTION (pldg. #1) -- pltf. William J. Winslade w/cert. of svc. (ds) |
| 90/09/10 | 16 | JOINDER IN MOTION (pldg. #1) -- pltf. mark E. Goldberg w/cert. of svc. (ds) |
| 90/09/12 | 17 | SUPPLEMENTAL INFORMATION -- filed by pltfs. Wolfe, et al. w/cert. of svc. (ds) |
| 90/09/14 | 18 | JOINT REPLY -- defts. Northwest Airlines, Inc., USAir, Inc., American Airlines, Inc., Continental Airlines, Inc., Delta Airlines, Inc., Midway Airlines, Inc., Pan American World Airways, Inc., Trans World Airlines, Inc., United Airlines, Inc. and Airline Tariff Publishing Co., Inc. w/exhibit 1 and cert. of svc. (ds) |
| 90/09/21 | 19 | RESPONSE (to pldg. #7) -- Eastern Pennsylvania Plaintiffs -- w/Preliminatry Statement and cert. of service (cdm) |
| 90/09/26 | 20 | JOINDER IN MOTIONS TO TRANSFER CASES TO N.D. GEORGIA -- filed by interested plaintiff in Peter D. Joers, II, etc. v. U.S. Air, Inc., et al., W.D. Washington, C.A. No. C90-1278 -- w/cert. of service (cdm) |
| 90/10/05 | | HEARING APPEARANCES FOR 10/05/90 HEARING, SAN FRANCISCO, CALIFORNIA -- W. PITTS CARR, ESQ. for Timothy W. Wolfe; JAMES A. CALHOUN, ESQ. for Michael Carey; JERRY S. COHEN, ESQ. for Charles Leonard Egan; VANCE K. OPPERMAN, ESQ. for James P. Young; FRANCES M. VISCO, ESQ. for Lee Dushoff; LYNN LINCOLN SARKO, ESQ. for Lisa Fitzpatrick; JOSEPH GOLDBERG, ESQ. for Kathleen Guthrie; ALLEN D. BLACK, ESQ. for Nancy A. Colbaugh, etc and Mark E. Goldberg, etc; FRANCIS O. SCARPULLA, ESQ. for John W. Morse; DAVID J. BERMAN, ESQ. for Heather Louise Martinez, Eliza Kent, Julia Whitelaw, Elaine Silverstein and Maureen Schulman; SANFORD M. LITVACK, ESQ. for Northwest Airlines, Inc., United Air Lines, Inc., Airline Tarriff Publishing Co., Inc., Continental Airlines, Inc, Trans World Airlines, Inc., Midway Airlines, Inc., Delta Air Lines, Inc., U.S. Air, Inc., Northwest Airlines, Inc., Pan American World Airways, Inc., American Airlines, Inc.; DIANNE M. NAST, ESQ. for Thomas P. O'Donnell; ARNOLD LEVIN, ESQ. for Sheldon Gross and Gross Metal Products, Inc.; EUGENE A. SPECTOR, ESQ. for Issac Stein and William Lutz, Jr., (sg) |

JPML FORM 1A

B. 4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 861 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/11/02 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Northern District of Georgia to the Hon. Marvin H. Shoob for pretrial proceedings (rh) |
| 90/11/02 | | TRANSFER ORDER -- Transferring A-3 thru B-21 to the Northern District of Georgia pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 90/11/07 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-22 Kenneth A. Elan, etc. v. U.S. Air, Inc., et al., D. District of Columbia, C.A. No. 90-CV-2129; B-23 Kenneth L. King, etc. v. U.S. Air, Inc., et al., N.D. California, C.A. No. C-90-2744; B-24 Michael L. Coben, etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5183; B-25 Harold Kah, etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5246; B-26 H. Bradley Eden, etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5247; B-27 Dee B. Lim, M.D., etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5537 and B-28 Peter D. Joers, II, etc. v. U.S. Air, Inc., et al., W.D. Washington, C.A. No. C90-1278 -- Notified involved counsel and judges (rh) |
| 90/11/26 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-22 Kenneth A. Elan, etc. v. U.S. Air, Inc., et al., D. District of Columbia, C.A. No. 90-CV-2129; B-23 Kenneth L. King, etc. v. U.S. Air, Inc., et al., N.D. California, C.A. No. C-90-2744; B-24 Michael L. Coben, etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5183; B-25 Harold Kahn, etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5246; B-26 H. Bradley Eden, etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5247; B-27 Dee B. Lim, M.D., etc. v. American Airlines, Inc., et al., E.D. Pennsylvania, C.A. No. 90-5537 and B-28 Peter D. Joers, II, etc. v. U.S. Air, Inc., et al., W.D. Washington, C.A. No. C90-1278 -- Notified involved clerks and judges (sg) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 861 -- DOMESTIC AIR TRANSPORTATION AT

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/02 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-31) Lee Reinke Bright, etc. v. U.S.Air, Inc., et al., C.D.Cal., C.A.No. 90-5193R; (B-32) John E. Jacobs v. United air Lines, et al., E.D.Mich., C.A. No. 90-73296-DT; (B-33) Charles Young, etc. v. American Airlines, Ic., et al., W.Pa., C.A.No. 90-1256; (B-34) Charles Henry, etc. v. American Airlines, Inc., et al., Pa., W., C.A.No. 90-1270; (B-35) Sundance Express, Inc., etc. v. American Airlines, Inc., et al., D.Minn, C.A. No. 4-90-688; (B-36) Claudia Rybak, etc. v. Northwest Airlines, Inc., et al., D. Minn., C.A. No. 4-90-855; (B-37) Curtis L. Moe, etc. v. American Airlines, et al., D. Minn., C.A. No. 4-90-896; (B-38) Bernard M. Davidson v. U.S. Air, Inc., et al., C.A. No. 1:90-CV-2071; (B-39) Irv Susson, etc. v. U.S. Air., Inc., et al., E.Pa., C.A. No. 90-CV-7215 -- Notified Involved counsel and judges. |
| 91/01/18 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-31 Lee Reinke Bright, etc. v. U.S. Air, Inc., C.D. Cal., C.A. No. 90-5193R; B-32 John E. Jacobs v. United Air Lines, Inc., et al., E.D. Mich., C.A. No. 90-CV-73296-DT; B-33 Charles Young, etc. v. American Airlines, Inc., et al., W.D. Pa., C.A. No. 90-1256; B-34 Charles Henry, etc. v. American Airlines, Inc., et al., W.D. Pa., C.A. No. 90-1270; B-35 Sundance Express, Inc., etc. v. American Airlines, Inc., et al., D. Minn., C.A. No. 3-90-688; B-36 Claudia Rybak, etc. v. Northwest Airlines, Inc., et al., D. Minn., C.A. No. 4-90-855; B-37 Curtis L. Moe, etc. v. American Airlines, et al., D. Minn., C.A. No. 4-90-896; B-38 Bernard M. Davidson v. U.S. Air, Inc., et al., N.D. Ohio, C.A. No. 1:90-CV-2071 and B-39 Irv Susson, etc. v. U.S. Air, Inc., et al., E.D. Pa., C.A. No. 90-CV-7215 -- Notified involved judges and clerks (rh) |
| 91/04/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-40) Audray A. Wiesen, et al. v. U.S. Air, Inc., et al., N.D. Ohio, C.A. No. 90-CV-2129 -- Notified involved counsel and judges (sg) |
| 91/05/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-40 Audray A. Wiesen, et al. v. U.S. Air, Inc., et al., N.D. Ohio, C.A. No. 90-CV-2129 -- Notified involved clerks and judges (sg) |

JPML Form 1

Revised: 8/78

**DOCKET NO. 861 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**CAPTION:** IN RE DOMESTIC AIR TRANSPORTATION ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| October 5, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | November 2, 1990 | TO | Unpublished | N.D. Georgia | Hon. Marvin H. Shoob | |

404-331-6613   **Special Transferee Information**

**DATE CLOSED:** 3/22/93

JPML FORM 1                                 LISTING OF INVOLVED ACTIONS

N.D. Georgia (113E)
HON. MARVIN H. SHOOB

DOCKET NO. 861 -- In re Domestic Air Transportation Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Timothy W. Wolfe, etc. v. U.S. Air, Inc., et al. | Ga.,N. Shoob | 90-CV-1664 | | | 3/22/93 D | |
| A-2 | W. Douglas Langmack, etc. v. U.S. Air, Inc., et al. | Ga.,N. Shoob | 90-CV-1743 | | | | |
| A-3 | Heather Louise Martinez, et al. v. United Airlines, Inc., et al. | Cal.,N. Orrick | C-90-2145 | 11/2/90 | 1:90CV2491 | | |
| A-4 | Kathleen Guthrie, etc. v. U.S. Air, Inc., et al. | Colo. Weinshienk | 90-1317 (ZLW) | 11/2/90 | 1:90CV2493 | | |
| A-5 | Charles Leonard Egan, etc. v. U.S. Air, Inc., et al. | D.C. Lamberth | 90-1726 | 11/2/90 | 1:90CV2494 | | |
| A-6 | James P. Young, etc. v. Northwest Airlines, Inc., et al. | Minn. Renner | 3-90-429 (RGR) | 11/2/90 | 1:90CV2495 | | |
| A-7 | Lee Dushoff, etc. v. U.S. Air, Inc., et al. | N.J. Barry | 90-2929 (MTB) | 11/2/90 | 1:90CV2496 | | |
| A-8 | Sheldon Gross, et al. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4315 (WD) | 11/2/90 | 1:90CV2498 | | |
| A-9 | Thomas P. O'Donnell, etc. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4320 (WD) | 11/2/90 | 1:90CV2499 | | |

DOCKET NO. 861 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | S. Robert Polis, etc. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4341 (WD) | 11/2/90 | 1:90CV2500 | 3/22/93 D | |
| A-11 | Edward P. Marion, et al. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4388 (WD) | 11/2/90 | 1:90CV2501 | | |
| A-12 | Robert and Maureen Bernstein, h/w, et al. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4428 (WD) | 11/2/90 | 1:90CV2502 | | |
| A-13 | Diane Gitman, etc. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4437 (WD) | 11/2/90 | 1:90CV2503 | | |
| A-14 | John Paul Decker, etc. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4466 (WD) | 11/2/90 | 1:90CV2504 | | |
| A-15 | Issac Stein, et al. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4510 (WD) | 11/2/90 | 1:90CV2505 | | |
| A-16 | Dennis T. Gorchov, etc. v. American Airlines, Inc., et al. | Pa.,E. Ditter | 90-4613 (WD) | 11/2/90 | 1:90CV2506 | | |
| A-17 | Nancy A. Colbaugh, etc. v. U.S. Air, Inc., et al. | Pa.,W. Bloch | 90-1228 (ANB) | 11/2/90 | 1:90CV2508 | | |
| A-18 | Lisa Fitzpatrick, etc. v. U.S. Air, Inc., et al. | Wash.,W. Rothstein | C-90-1039 | 11/2/90 | 1:90CV2509 | | |
| A-19 | Sandra Sandine, et al. v. American Air Lines, Inc., et al. | Pa.,E. Ditter | 90-5045 | 11/2/90 | 1:90CV2507 | | |
| A-20 | John W. Morse, etc. v. American Air Lines Inc., et al. | Cal.,N. Smith | 90-2175 | 11/2/90 | 1:90CV2492 | | |

DOCKET NO. 861 -- In re Domestic Air Transportation Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-21 | Michael Carey, etc. v. U.S. Air, Inc., et al. | Ohio, N. Batchelder | 5:90-CV-1438 | 11/2/90 | 1:90CV2497 | 3/22/93D | |
| B-22 | Kenneth A. Elan, etc. v. U.S. Air, Inc., et al. 11-7-90 | D.C. Lamberth | 90-CV-2129 | 11/26/90 | | | |
| B-23 | Kenneth L. King, etc. v. U.S. Air, Inc., et al. 11-7-90 | Cal.,N. Legge | C-90-2744 | 11/26/90 | | | ✓ |
| B-24 | Michael L. Coben, etc. v. American Airlines, Inc., et al. 11-7-90 | Pa.,E. Ditter | 90-5183 | 11/26/90 | | | |
| B-25 | Harold Kahn, etc. v. American Airlines, Inc., et al. 11-7-90 | Pa.,E. Ditter | 90-5246 | 11/26/90 | | | |
| B-26 | H. Bradley Eden, etc. v. American Airlines, Inc., et al. 11-7-90 | Pa.,E. Ditter | 90-5247 | 11/26/90 | | | |
| B-27 | Dee B. Lim, M.D., etc. v. American Airlines, Inc., et al. 11-7-90 | Pa.,E. Ditter | 90-5537 | 11/26/90 | | | |
| B-28 | Peter D. Joers, II, etc. v. U.S. Air, Inc., et al. 11-7-90 | Wash.,W. Rothstein | C90-1278 | 11/26/90 | 1:90CV2662 | | |
| XYZ-29 | Mark E. Goldberg v. Delta Airlines, Inc., et al. | N.D.Ga. | 1:90-CV-1799 | | | | |
| XYZ-30 | William J. Winslade v. Delta Airlines, Inc., et al. | N.D.Ga. | 1:90-CV-1797 | | | | |
| B-31 | Lee Reinke Bright, etc. v. U.S. Air, Inc., et al. 1/2/91 | Cal.,C. Real | 90-5193R | 1-18-91 | 1:91-CV-189 | | |
| B-32 | John E. Jacobs v. United Air Lines, Inc., et al. 1/2/91 | Mich.,E. Woods | 90-CV-73296-DT | 1-18-91 | 1:90CV185 | | |

DOCKET NO. 861 -- In re Domestic Air Transporation Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-33 | Charles Young, etc. v. American Airlines, Inc., et al. 1/2/91 | Pa.,W. Smith | 90-1256 | 1-18-91 | 1:91CV186 | 3/22/93 | |
| B-34 | Charles Henry, etc. v. American Airlines, Inc., et al. 1/2/91 | Pa.,W. Smith | 90-1270 | 1-18-91 | 1:91CV187 | | |
| B-35 | Sundance Express, Inc., etc. v. American Airlines, Inc., et al. 1/2/91 | Minn. Renner | 3-90-688 | 1-18-91 | 1:91CV188 | | |
| B-36 | Claudia Rybak, etc. v. Northwest Airlines, Inc., et al. 1/2/91 | Minn. Rosenbaum | 4-90-855 | 1-18-91 | 1:91CV189 | | |
| B-37 | Curtis L. Moe, etc. v. American Airlines, et al. 1/2/91 | Minn. Rosenbaum | 4-90-896 | 1-18-91 | 1:91CV190 | | |
| B-38 | Bernard M. Davidson v. U.S. Air, Inc., et al. 1/2/91 | Ohio,N. Batchelder | 1:90-CV-2071 | 1-18-91 | 1:91CV191 | | |
| B-39 | Irv Susson, etc. v. U.S. Air, Inc., et al. 1/2/91 | Pa.,E. Ditter | 90-CV-7215 | 1-18-91 | 1:91CV192 | | |
| B-40 | Audray A. Wiesen, et al. v. US Air, Inc., et al. 4/19/91 | Ohio,N. White | 90-CV-2129 | 5/7/91 | 1:91CV1065-MHS | | |
| XYZ-41 | Davidson v. USAir, Inc. | Ga.,N. Shoob | 90-CV-2742 | | | | |
| XYZ-42 | Mathewson v. USAir, Inc. | Ga.,N. Shoob | 90-CV-2136 | | | | |

July 1992 - Same

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 861 -- In re Domestic Air Transportation Antitrust Litigation

---

UNITED AIR LINES, INC.
William T. Coleman, Jr., Esq.
O'Melveny & Myers
555 13th Street, N.W.  Suite 500-West
Washington, D.C.  20004

AIRLINE TARRIFF PUBLISHING CO., INC.
James A. Treanor, III, Esq.
Dow, Lohnes & Albertson
1255 23rd Street, N.W.
Washington, D.C.  20037

CONTINENTAL AIRLINES, INC.
Donald L. Flexner, Esq.
Crowell & Moring
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2505

DELTA AIR LINES, INC.
David H. Marion, Esq.
Montgomery, McCracken, Walker & Rhoads
Three Parkway, 20th Floor
Philadelphia, PA  19102

U.S. AIR, INC.
Robert C. Heim, Esq.
Dechert, Proce & Rhoads
3400 Centre Square
1500 Market Street
Philadelphia, PA  19102

NORTHWEST AIRLINES, INC.
Sanford M. Litvack, Esq.
Dewey, Ballantine, Buchby,
   Palmer & Wood
1301 Avenue of the Americas
New York, New York  10019-6092

PAN AMERICAN WORLD AIRWAYS, INC.
Joseph B. G. Fay
Morgan, Lewis & Bockius
2000 One Logan Square
Philadelphia, PA  19103-6993

TRANS WORLD AIRLINES, INC.
Robert H. Rawson, Jr. Esq.
Jones, Day, Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114

AMERICAN AIRLINES, INC.
Joseph A. Tate, Esq.
Schnader, Harrison, Segal & Lewis
1600 Market Street
Suite 3600
Philadelphia, Pennsylvania  19103

MIDWAY AIRLINES, INC.
(NO APP. REC'D)
Irwin Goldbloom, Esq.
Latham & Watkins
Suite 1300
1001 Pennsylvania Ave. N.W.
Washington, D.C.  20005

TIMOTHY W. WOLFE, ETC. (A-1)
W. DOUGLAS LANGMACK, ETC. (A-2)
W. Pitts Carr, Esq.
Carr, Tabb & Pope
1355 Peachtree Street, Suite 2000
Atlanta, Georgia  30309

HEATHER LOUISE MARTINEZ, ET AL. (A-3)
David J. Berman, Esq.
Berman, Berkley & Lasky
601 Montgomery Street
Suite 1015
San Francisco, CA.

KATHLEEN GUTHRIE, ETC. (A-4)
Joseph Goldberg, Esq.
Carpenter and Goldberg
1600 University Blvd., Ste. B
Albuquerque, NM 87102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 861 --

---

CHARLES LEONARD EGAN, ETC. (A-5)
Jerry S. Cohen, Esq.
Cohen, Milstein, Hausfeld & Toll
1401 New York Avenue, N.W., Suite 600
Washington, D.C. 20005

JAMES P. YOUNG, ETC. (A-6)
Vance K. Opperman, Esq.
Opperman Heins & Paquin
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

LEE DUSHOFF, ETC. (A-7)
Judah I. Labovitz, Esq.
Francis M. Visco, Esq.
Cohen, Shapiro, Polisher, Shiekman & Cohen
12 South 12th St., 22nd Floor
Philadelphia, PA 19107

SHELDON GROSS, ET AL. (A-8)
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
320 Walnut Street, Suite 600
Philadelphia, PA 19106

THOMAS P. O'DONNELL, ETC. (A-9)
Dianne M. Nast, Esq.
Kohn, Savett, Klein & Graf, P.C.
1101 Market Street
Suite 2400
Philadelphia, PA 19107

S. ROBERT POLIS, ETC. (A-10)
Warren Rubin, Esq.
Gross & Metzger, P.C.
1500 Walnut St.
Suite 600
Philadelphia, PA. 19102

EDWARD P. MARION, ET AL. (A-11)
Harold Berger, Esq.
BERGER & MONTAGUE PC
1622 Locust Street
Philadelphia, PA 19103-6365

ROBERT AND MAUREEN BERNSTEIN, H/W, ET AL. (A-12)
Jay S. Cohen, Esq.
Law Offices Of Jay S. Cohen
1650 Arch Street
Suite 2350
Philadelphia, PA 19103

DIANE GITMAN, ETC. (A-13)
William E. Haggerty, Esq.
Morgan, Hallgren, Crosswell & Kane, P.C.
700 North Duke Street, P.O. Box 4686
Lancaster, PA. 17604-4686

JOHN PAUL DECKER, ETC. (A-14)

Kenneth A. Jacobsen, Esq.
Greenfield & Chimicles
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041

ISSAC STEIN, ET AL. (A-15)
Eugene A. Spector, Esq.
Eugene A. Spector & Associates
Lewis Tower Bldg., Suite 624
225 South 15th Street
Philadelphia, PA 19102

DENNIS T. GORCHOV, ETC. (A-16)

Leonard Barrack, Esq.
Barrack, Rodos & Bacine
1845 Walnut Street
Suite 2100
Philadelphia, PA 19103

NANCY A. COLBAUGH, ETC. (A-17)
Allen D. Black, Esq.
Fine, Kaplan and Black
1845 Walnut Street
Suite 2300
Philadelphia, PA. 19103

LISA FITZPATRICK, ETC. (A-18)
Lynn Lincoln Sarko, Esq.
Keller Rohrback
1201 Third Avenue
Suite 3200
Seattle, WA 98101

```
JPML FORM 4A -- Continuation
                              Panel Attorney Service List -- p.    3

DOCKET NO.   861   --
```

| | |
|---|---|
| SANDRA SANDINE, ET AL. (A-19)<br>(NO APP. REC'D)<br>Steven M. Kramer, Esq.<br>Steven M. Kramer & Assoc.<br>124 W. 60th Street<br>Suite 28N<br>New York, NY 10023<br><br>JOHN W. MORSE, ETC. (A-20)<br>Francis O. Scarpulla, Esq.<br>The Alcoa Building<br>One Maritime Plaza<br>Suite 1040<br>San Francisco, CA 94111<br><br>MICHAEL CAREY, ETC. (B-21)<br>James A. Calhoun, Esq.<br>Calhoun, Benzin, Kademos<br>  & Heichel<br>Six West Third Street, Suite 200<br>P.O. Box 268<br>Mansfield, Ohio 44901<br><br>KENNETH A. ELAN, ETC. (B-22)<br>Jerry S. Cohen, Esq.<br>(Same As A-5)<br><br>KENNETH L. KING, ETC. (B-23)<br>Mario N. Alioto, Esq.<br>Joseph M. Patane, Esq.<br>Trump, Oliveira & Alioto<br>2280 Union ST<br>San Francisco, CA 94123<br><br>J. Garrett Kendrick, Esq.<br>Law Offices of J. Garrett Kendrick<br>3233 East Broadway<br>Long Beach, CA 90803 | MICHAEL L. COBEN, ETC. (B-24)<br>Steven J. Greenfogel, Esq.<br>Meredith & Cohen<br>117 S 17th ST<br>22nd Floor, Architects Bldg.<br>Philadelphia, PA 19103<br><br>HAROLD KAHN, ETC. (B-25)<br>Harvey Greenfield, Esq.<br>Law Firm of Harvey Greenfield<br>1730 AVE of the Americas<br>9th Floor<br>New York, NY 10019<br><br>H. BRADLEY EDEN, ETC. (B-26)<br>Mark A. Ogle, Esq.<br>Strauss & Troy<br>201 East Fifth ST<br>2100 Central Trust Center<br>Cincinnati, OH 45202<br><br>DEE B. LIM, M.D., ETC. (B-27)<br>Mark J. McCarriston, Esq.<br>5020 North Fifth ST<br>Philadelphia, PA 19120<br><br>PETER D. JOERS, II, ETC. (B-28)<br>Lynn Lincoln Sarko, Esq.<br>(Same As A-18)<br><br>Joseph Goldberg, Esq.<br>(Same As A-4)<br><br>LEE REINKE BRIGHT, ETC. (B-31)<br>J. Garrett Kendrick, Esq.<br>(Same As B-23)<br><br>Edwin C. Schreiber, Esq.<br>Keltner & Schreiber, Inc.<br>12100 Wilshire Boulevard, Suite 700<br>Los Angeles, CA 90025 |

DOCKET NO. 861 --

JOHN E. JACOBS (B-32)
Jerome P. Pesick, Esq.
Jonathan B. Frank, Esq.
Mason, Steinhardt, Jacobs & Perlman
4000 Town Center, Suite 1500
Southfield, MI 48075

CHARLES YOUNG, ETC. (B-33)
Alred G. Yates, Jr., Esq.
Nita M. Fandray, Esq.
519 Allegheny Building
429 Forbes Ave.
Pittsburgh, PA 15219

CHARLES HENRY, ETC. (B-34)
Louis M. Tarasi, Jr., Esq.
Tarasi & Johnson
510 Third Ave.
Pittsburgh, PA 15219

SUNDANCE EXPRESS, INC., ETC. (B-35)
CURTIS L. MOE, ETC. (B-37)
Mark Reinhardt, Esq.
Reinhardt & Anderson
E-1400 First National Bank Bldg.
332 Minnesota St.
St. Paul, MN 55101

John A. Cochrane, Esq.
Cochrane & Bresnahan
24 E. 4th St.
St. Paul, MN 55101

CLAUDIA RYBAK, ETC. (B-36)
Charles H. Johnson, Esq.
Charles H. Johnson & Associates
2599 Mississippi St.
New Brighton, MN 55112

John A. Cochrane, Esq.
(Same As B-37)

BERNARD M. DAVIDSON (B-38)
Robert D. Gary, Esq.
Jori Bloom Naegele, Esq.
Thomas R. Theado, Esq.
446 Broadway
Lorain, OH 44052-1797

IRV SUSSON, ETC. (B-39)
Judah I. Labovitz, Esq.
(Same As A-7)

AUDRAY A. WIESEN, ET AL. (B-40)
Hartley B. Martyn, Esq.
Robert J. Van Der Velde, Esq.
Laura Divincenzo, Esq.
Martyn & Van Der Velde
205 Bradley Building
Cleveland, Ohio 44113

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __861__ -- __In re Domestic Air Transportation Antitrust Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| U.S. Air, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-31, B-32, B-33, B-34, B-35, B-36, B-37, B-38, B-39, B-40 |
| Northwest Airlines, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-32, B-33, B-34, B-35, B-36, B-37, B-38, B-39, B-40 |
| Delta Airlines, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-32, B-33, B-34, B-35, B-36, B-37, B-38, B-39, B-40 |
| Continental Airlines, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-33, B-34, B-35, B-36, B-37, B-38, B-39 |
| United Air Lines, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-33, B-34, B-35, B-36, B-37, B-38, B-39, B-40 |
| TransWorld Airlines, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-31, B-32, B-33, B-34, B-35, B-36, B-37, B-38, B-39, B-40 |
| Airline Tariff Publishing Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-31, B-32, B-33, B-34, B-35, B-36, B-37, B-38, B-39, B-40 |
| American Air Lines, Inc. | A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, A-19, A-20, B-21, B-22, B-23, B-24, B-25, B-26, B-27, B-28, B-31, B-32, B-33, B-34, B-35, B-36, B-37, B-38, B-39 |
| Midway Airlines, Inc. | A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-19, B-24, B-25, B-26, B-27 |
| Pan American World Airways, Inc. | A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-19, B-24, B-25, B-26, B-27, B-33, B-34 |
|  |  |