JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -2 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 861

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DOMESTIC AIR TRANSPORTATION ANTITRUST LITIGATION

TRANSFER ORDER*

This litigation presently consists of 21 actions pending in ten districts as follows:

| District | Actions |
|---|---|
| Eastern District of Pennsylvania | 10 actions |
| Northern District of California | 2 actions |
| Northern District of Georgia | 2 actions |
| District of Colorado | 1 action |
| District of the District of Columbia | 1 action |
| District of Minnesota | 1 action |
| District of New Jersey | 1 action |
| Northern District of Ohio | 1 action |
| Western District of Pennsylvania | 1 action |
| Western District of Washington | 1 action |

Before the Panel are three motions, pursuant to 28 U.S.C. §1407, seeking to centralize actions in this litigation in a single district for coordinated or consolidated pretrial proceedings. In two of the motions, brought by plaintiffs in the District of Columbia, Minnesota, New Jersey, Ohio and/or one of the Georgia actions, movants request centralization in the Northern District of Georgia. In the third motion, brought by all defendants, movants request centralization in the Eastern District of Pennsylvania. All responding plaintiffs except those in the Eastern District of Pennsylvania actions support centralization in the Georgia forum. Plaintiffs in the Eastern District of Pennsylvania actions support centralization in the Pennsylvania forum.[1]

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Northern District of Georgia will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions are purported class actions brought against nearly the same defendants seeking recovery for essentially the same alleged

---

\* Judge Fred Daugherty took no part in the decision of this matter.

[1] Plaintiffs in six additional actions not subject to the motions have also responded. These actions will be treated as potential tag-along actions. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

federal antitrust law violations. Common to all actions are allegations that: 1) airline company defendants and their co-conspirators agreed to fix prices and allocate the market for domestic air transportation by the creation of "fortress hubs" at major airports throughout the nation; 2) the airlines also agreed that the dominant airline at each respective fortress hub would not be subject to price competition on routes in and out of such hub; and 3) the airlines used defendant Airline Tariff Publishing Co., Inc.'s computer system to exchange current and future price information, to signal price changes and threats through a complex system of fare codes, and to solicit agreements as to price changes. Centraliztion under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to class action determinations), and conserve the resources of the parties, their counsel and the judiciary.

While neither of the two suggested transferee districts could be said to serve as the nexus for this litigation that is nationwide in scope, on balance we are persuaded that the Northern District of Georgia is the preferable transferee forum. We note that: 1) Atlanta is geographically accessible for all parties; and 2) seven multi-district litigation dockets are currently pending in the Eastern District of Pennsylvania, whereas no such dockets are currently pending in the Northern District of Georgia.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Georgia be, and the same hereby are, transferred to the Northern District of Georgia and, with the consent of that court, assigned to the Honorable Marvin H. Shoob for coordinated or consolidated pretrial proceedings with the actions listed on Schedule A and pending in that district.

FOR THE PANEL:

John F. Nangle
Chairman

Schedule A

MDL-861 -- In re Domestic Air Transportation Antitrust Litigation

### Northern District of California

Heather Louise Martinez, et al. v. United Airlines, Inc., et al., C.A. No. C-90-2145-WHO
John W. Morse, etc. v. American Airlines, et al., C.A. No. C-90-2175-FMS

### District of Colorado

Kathleen Guthrie, etc. v. U.S. Air, Inc., et al., C.A. No. 90-1317 (ZLW)

### District of District of Columbia

Charles Leonard Egan, etc. v. U.S. Air, Inc., et al., C.A. No. 90-1726 (RCL)

### District of Minnesota

James P. Young, etc. v. Northwest Airlines, Inc., et al., C.A. No. 3-90-429 (RGR)

### District of New Jersey

Lee Dushoff, etc. v. U.S. Air, Inc., et al., C.A. No. 90-2929 (MTB)

### Northern District of Ohio

Michael Carey, Inc. v. U.S. Air, Inc., et al., C.A. No. 5:90-CV-1433

### Eastern District of Pennsylvania

Sheldon Gross, et al. v. American Airlines, Inc., et al., C.A. No. 90-4315 (WD)
Thomas P. O'Donnell, etc. v. American Airlines, Inc., et al., C.A. No. 90-4320 (WD)
S. Robert Polis, etc. v. American Airlines, Inc., et al., C.A. No. 90-4341 (WD)
Edward P. Marion, et al. v. American Airlines, Inc., et al., C.A. No. 90-4388 (WD)
Robert Bernstein, et al. v. American Airlines, Inc., et al., C.A. No. 90-4428 (WD)
Diane Gitman, etc. v. American Airlines, Inc., et al., C.A. No. 90-4437 (WD)
John Paul Decker, etc. v. American Airlines, Inc., et al., C.A. No. 90-4466 (WD)
Issac Stein, et al. v. American Airlines, Inc., et al., C.A: No. 90-4510 (WD)
Dennis T. Gorchov, etc. v. American Airlines, Inc., et al., C.A. No. 90-4613 (WD)
Sandra Sandine, et al. v. American Airlines, Inc., et al., C.A. No. 90-5045

-- continued on next page --

MDL-861 -- Schedule A -- continued

<u>Western District of Pennsylvania</u>

<u>Nancy A. Colbaugh, etc. v. U.S. Air, Inc., et al.</u>,
C.A. No. 90-1228 (ANB)

<u>Western District of Washington</u>

<u>Lisa Fitzpatrick, etc. v. U.S. Air, Inc., et al.</u>,
C.A. No. C-90-1039

<u>Northern District of Georgia</u>

<u>Timothy W. Wolfe, etc. v. U.S. Air, Inc., et al.</u>,
C.A. No. 90-CV-1664
<u>W. Douglas Langmack, etc. v. U.S. Air, Inc., et al.</u>,
C.A. No. 90-CV-1743